■■■ JAMES R. DeLAPP, Appellant, v MARY A. DeLAPP, Respondent. (Appeal No. 2.) [827 NYS2d 921]—Appeal from an amended order of the Supreme Court, Onondaga County (Martha Walsh Hood, A.J.), entered May 11, 2006. The amended

order, among other things, awarded defendant certain retirement benefits.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Gartley v Gartley*, 15 AD3d 995, 996 [2005]). Present—Scudder, P.J., Gorski, Martoche and Green, JJ.